IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| WESLEY JOHNSON, | * |
| Plaintiff | * |
| vs. | * |
| MUSCOGEE COUNTY JAIL, | * CASE NO. 4:07-CV-51 (CDL) |
| Respondent | * |
| | * |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on April 23, 2007 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 3rd day of March, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE